Jeffrey W. Shields, Bar No. 109920
Rick A. Varner, Bar No. 160403
Michael W. Buhrley, Bar No. 255203
SHIELDS LAW OFFICES
1920 Main Street, Suite 1080
Irvine, California 92614
(949) 724-7900; Fax (949) 724-7905
E-mail: jeff@shieldslawoffices.com

JS-6

Attorneys For Plaintiffs And Counter-Defendants
Waleed Al-Oboudi And Maria Amelia C. Chang

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALEED AL-OBOUDI, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ROBERT KEITH FROOM, et al.,<br><br>    Defendants. | Case No. CV07-3235 ABC (RZx)<br><br>ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE<br><br>[No Hearing Required] |

    WHEREAS, plaintiffs and counter-defendants WALEED AL-OBOUDI and MARIA AMELIA C. CHANG (collectively, "Plaintiffs") and defendants and counter-claimants ROBERT KEITH FROOM, RK FROOM & CO., INC. and CAROL FROOM (collectively, "Defendants") having duly submitted their "Stipulation For Dismissal Of Entire Case With Prejudice" (the "Subject Stipulation") in conjunction with their entry into a written Settlement Agreement (the "Settlement Agreement"); and

18676

WHEREAS, the Court having reviewed the Subject Stipulation and good cause appearing therefore;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The entirety of the Action, including without limitation, all claims by Plaintiffs and all counterclaims by Defendants, shall hereby be dismissed with prejudice; and

2. This Court shall nonetheless retain jurisdiction pursuant to the provisions of California Code of Civil Procedure section 664.6 to enforce all of the terms of the Settlement Agreement between Plaintiffs and Defendants, should such enforcement become necessary.

DATED: February 18, 2009        _____
                                JUDGE OF THE UNITED STATES
                                DISTRICT COURT